DAN LEVINE, as Administrator of the Estate of LORRAINE LEVINE, Deceased, Appellant, v. CITY OF AUBURN et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.